IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 23-6-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM D. STRATFORD, | |
| Defendant. | |

The parties having filed a joint stipulation of dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own costs and fees. The Clerk of Court is directed to close this case.

DATED this 29th day of August, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1